```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 07-265 DAD |
| Plaintiff, | |
| v. | MOTION TO DISMISS COMPLAINT and ORDER DISMISSING COMPLAINT |
| JANE DOE, aka Rosaura Ramirez, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint against Jane Doe, aka Rosaura Ramirez, filed on August 22, 2007, in Mag. No. 07-265 DAD. Subsequent

///
///
///
///
///
///
///

1

investigation in this case has determined that prosecution at this time is not possible and that dismissal of the complaint is appropriate.

                                      Respectfully submitted,

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Date: May 18, 2009        By:  */s/ Kyle Reardon*
                                        KYLE REARDON
                                        Assistant U.S. Attorney

                                        Attorneys for the Plaintiff
                                      UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED:

Dated: May 19, 2009           /s/ Gregory G. Hollows
                                      United States Magistrate Judge

ramirez265.ord